**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ABINGDON DIVISION**

| | | |
|---|---|---|
| **PATRICIA ANN PARKER, ET AL.,** | ) | |
| | ) | |
| Plaintiffs, | ) | Case No. 1:13CV00060 |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| **CARL GREGORY AUTOMOTIVE, ET AL.,** | ) | By: James P. Jones |
| | ) | United States District Judge |
| | ) | |
| Defendants. | ) | |

No objections having been filed, it is **ORDERED** that the magistrate judge's Report and Recommendation filed October 2, 2013 (ECF No. 35) is ACCEPTED and the Motion to Cease All Advertisement until Trial (ECF No. 29) is DENIED.

ENTER: October 28, 2013

/s/ James P. Jones
United States District Judge