IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ABINGDON DIVISION

| | | |
|---|---|---|
| **PATRICIA ANN PARKER, ET AL.,** | ) | |
| Plaintiffs, | ) ) | Case No. 1:13CV00060 |
| v. | ) ) | **JUDGMENT** |
| **CARL GREGORY AUTOMOTIVE, ET AL.,** | ) ) ) | By: James P. Jones<br>United States District Judge |
| Defendants. | ) ) | |

It appearing that no objections have been timely filed to the Report filed March 18, 2014, setting forth the findings and recommendations of the magistrate judge, it is **ADJUDGED AND ORDERED** as follows:

1. The Report and its findings and recommendations are wholly ACCEPTED and APPROVED;

2. Defendants' Motion for Summary Judgment (ECF No. 39) is GRANTED;

3. Final judgment is entered in favor of Defendants; and

4. This case is closed.

ENTER: April 21, 2014

/s/ James P. Jones
United States District Judge